**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN KAKOWSKI,<br>#4490268<br><br>        Plaintiff,<br><br>v.<br><br>GREG SMITH, *et al.*,<br><br>        Defendants. | 3:15-CV-0370-RCJ (VPC)<br><br>**ORDER TO PRODUCE<br>PLAINTIFF BY TELEPHONE** |

A mediation conference is set in this case on May 24, 2016 at 9:00 a.m. The Los Angeles County Sheriff's Department is ordered to provide a telephone number at the Los Angeles Terminal Annex where plaintiff, Brian Kakowski #4490268, may be called on the date and time of this mediation. A representative of the Sheriff's Department shall notify the Courtroom Administrator, Lisa Mann, at 775-686-5653 no later than two days prior to the mediation of the telephone number for this court appearance. Said telephone line shall be available for plaintiff's use for this court-ordered mediation conference for approximately three hours.

The Clerk of the Court shall serve a copy of this order on the Los Angeles County Sheriff's Department by mailing a copy to the following addresses:

> Los Angeles County Sheriff's Department
> Hall of Justice
> 211 West Temple Street
> Los Angeles, CA  90012
>         and
> Los Angeles County Sheriff's Department
> Terminal Annex
> PO Box 86164
> Los Angeles, CA  90086-0164

**IT IS SO ORDERED.**

DATED: March 11, 2016.

_____
UNITED STATES MAGISTRATE JUDGE