```
            FILED           _____ RECEIVED
      ____ ENTERED          _____ SERVED ON
                            COUNSEL/PARTIES OF RECORD

              MAY 19 2016

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
      BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRIAN KAKOWSKI,

    Plaintiff,

v.

GREG SMITH et al.,

    Defendants.

3:15-cv-00370-RCJ-VPC

ORDER

## I. DISCUSSION

On May 17, 2016, counsel for the Los Angeles County Sheriff's Department notified this Court that Plaintiff is no longer incarcerated in one of their facilities. (ECF No. 19 at 1). Counsel noted that Plaintiff had been transferred to another facility unknown to counsel. (*Id.*). In response to this notice, the Court vacated Plaintiff's scheduled inmate early mediation conference until Plaintiff filed a change of address. (*Id.*).

Pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. The Court now grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action with prejudice.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the

Court shall dismiss this case with prejudice.

DATED: This  19th  day of May, 2016.

_____
United States Magistrate Judge