1   ADAM PAUL LAXALT
    Nevada Attorney General
2   ERIN L. ALBRIGHT
    Deputy Attorney General
3   Nevada Bar No. 9953
    Bureau of Litigation
4   Public Safety Division
    100 N. Carson Street
5   Carson City, NV  89701-4717
    Tel:  (775) 684-1257
6   E-mail:  ealbright@ag.nv.gov

7   *Attorneys for Defendant Matt Tilley*

8

9                   **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11  BRIAN KAKOWSKI,                     Case No.  3:15-cv-00370-RCJ-VPC

12              Plaintiff,              **STIPULATION AND ORDER OF**
                                        **DISMISSAL WITH PREJUDICE**
13  vs.

14  GREG SMITH, et al.,

15              Defendants.

16          Defendant Matt Tilley, through counsel, Adam Paul Laxalt, Attorney General of the State of

17  Nevada, and Erin L. Albright, Deputy Attorney General, upon a Settlement Agreement reached, hereby

18  stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees

19  and costs.

20  DATED this 28ᵗʰ day of OCTOBER , 2016.    DATED this 9ᵗʰ day of November , 2016.

21                                              ADAM PAUL LAXALT
                                                Attorney General
22

23  By: BRIAN Kakowski                          By: Erin L. Albright
24      BRIAN KAKOWSKI                               Erin L. Albright
        Plaintiff                                    Deputy Attorney General
25                                                   Bureau of Litigation
                                                     Public Safety Division
26

27                                              Attorneys for Defendants

28

<u>**ORDER**</u>

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this 14th day of November, 2016.

_____
DISTRICT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 9th day of November, 2016, I caused to be deposited for mailing a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to the following:

Brian Kakowski #4927178
Sacramento County Jail
651 I Street
Sacramento, CA 95814


An employee of the
Office of the Attorney General